LAW OFFICE OF

## HERBERT NEW & DAVID W. NEW, P.C.

300 BROADACRES DRIVE
THIRD FLOOR
BLOOMFIELD, N.J. 07003

TELEPHONE 973-893-9696
FAX 973-893-0499

**HERBERT NEW***
**DAVID W. NEW**
**BENJAMIN A. KARFUNKEL***

Senders E-Mail Address:
bkarfunkel@newandnewlaw.com

**MORRISTOWN OFFICE:**

35 AIRPORT ROAD, SUITE 350
MORRISTOWN, NJ 07960
(973) 695-7777
(973) 695-7788

OF COUNSEL
RICHARD D. BROWN+
*MEMBER NJ & NY BARS
+MEMBER NJ & FL BARS

**REPLY TO: BLOOMFIELD OFFICE**

September 25, 2009

***Via ECF and Courtesy Copy***
Honorable William H. Walls
Martin Luther King, Jr., Federal Building & Courthouse
50 Walnut Street, Courtroom 4D
Newark, New Jersey 07102

> **Re:   John Luscko v. Southern Container Corp.**
> **Docket No.: 06-3896 (WHW)**
> **Our File no.: 5429**

Dear Judge Walls:

Enclosed please find a courtesy copy of Defendants' Reply Brief in Support of Motion for Summary Judgment.

Respectfully submitted,

BENJAMIN A. KARFUNKEL

BAK/gms
Enclosure
cc:   Christopher E. Hartman, Esq. (w/enc.)
      Stanley A. Camhi, Esq. (w/enc.)