Benjamin A. Karfunkel (BAK1525)
HERBERT NEW & DAVID W. NEW, P.C.
300 BROADACRES DRIVE, 3RD FLOOR
BLOOMFIELD, NEW JERSEY 07003
(973) 893-9696
Attorneys for Defendants, Southern Container Corp. and Steven Hill

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **John Luscko,**<br>　　　　　**Plaintiff,**<br><br>vs.<br><br>**Southern Container Corp., Steven Hill**<br>**and John Does I-XX, Individually,**<br><br>　　　　　**Defendants.** | CIVIL ACTION No. 06-3896 (WHW)<br><br>**PROOF OF MAILING** |

**GINA SMITH,** hereby certifies as follows:

1.　　I am a Secretary of the firm of Herbert New and David W. New, P.C., attorneys for Defendants in the above entitled action.

2.　　On September 25, 2009, I electronically filed and mailed via regular mail a copy of Defendants' Reply Brief in Support of Motion for Summary Judgment, Reply Declaration of Benjamin Karfunkel, Reply 56.1 Statement and Proof of Mailing to Christopher Hartmann, Esq., Wacks & Hartmann, LLC, 55 Madison Avenue, Suite 320A, Morristown, New Jersey 07960.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false I am subject to punishment.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**GINA SMITH**

DATED: September 25, 2009